# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2014

*The Court of Appeals hereby passes the following order*

**A15I0001. ZACK LOEHLE, A MINOR, BY AND THROUGH ALAN LOEHLE et al. v. GEORGIA DEPARTMENT OF PUBLIC SAFETY et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2010EV011569 2010EV011568



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, September 03, 2014.

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.